UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NOEL VALDIVIA, SR.,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL MARTEL, Warden,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　　／ | No. C 07-1760 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

　　This is a habeas case filed pro se by a state prisoner. It is directed to a denial of parole in 2006. The court stayed the case pending the state's appeal of an order entered by the United States District Court for the Eastern District of California granting a habeas petition directed to a 2004 denial. When the Eastern District ruling was reversed, the court lifted the stay in this case and set deadlines for further proceedings. That order, which was addressed to petitioner at San Quentin State Prison, the last address he provided, was returned as undeliverable on May 27, 2011.

　　More than sixty days have passed since the mail was returned and petitioner has not provided a new address. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b). Respondent's motion for an extension of time to answer the order to show cause (docket number 14) is **DENIED** as moot.

　　**IT IS SO ORDERED.**

Dated: August 5, 2011.

　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\PJH\HC.07\valdivia1760.DSM-mail.wpd